UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Case No. 12-cr-149-01-JL

<u>David Kwiatkowski</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted; Final Pretrial is rescheduled to September 19, 2013 at 10:00 a.m.; Trial is continued to the three-week period beginning October 1, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                      Joseph N. Laplante
                                                      Chief Judge

Date:  December 20, 2012

cc:  Bjorn Lange, AFD
     Jonathan Saxe, AFD
     John J. Farley, AUSA
     U.S. Marshal
     U.S. Probation