```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                                Criminal No. 12-cr-149-01-JL

    v.

David Kwiatkowski


O R D E R

     Defendant's motion to reschedule jury trial (document no. 29) is granted in part.  Defense counsel has not represented that the Federal Defender cannot provide constitutionally required effective assistance in a January trial.  Trial shall be rescheduled for January, 2014. The prosecution is advised, however, that given the circumstances set forth in the defendant's motion, the production of significant additional discovery could be grounds for reconsideration of this order and further continuance.  Final Pretrial is rescheduled to December 18, 2013 at 10:00 AM; Trial is continued to the two-week period beginning January 7, 2014, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

     Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 23, 2013

cc:   Jonathan Saxe, Esq.
     Bjorn Lange, Esq.
     John Farley, Esq.
     U.S. Marshal
     U.S. Probation